**Order entered December 17, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01644-CV

### IN RE DOMINGO ROBLEDO, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F90-02087-MP**

## ORDER

Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus as moot. We **ORDER** that each party bear its own costs of the original proceeding.

We **DIRECT** the Clerk to send a copy of this Court's opinion and order, by first-class mail, to Domingo Robledo, TDCJ No. 561997, Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601-8749.

/s/    KERRY P. FITZGERALD
JUSTICE